UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Civil Action No. 18-1677 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 8, 2021, the Parties respectfully submit this status report updating the Court on the status of production of records in this Freedom of Information Act ("FOIA") matter:

1.  As anticipated in the Parties' latest status report (*see* ECF No. 35), Defendant has completed its processing of Plaintiff's FOIA request, including all documents referred to other agencies.

2.  Subsequent to the completion of Defendant's productions, the Parties have conferred in good faith about those productions and are attempting to resolve the matter through addressing Plaintiff's demand for attorneys' fees and costs. The Parties intend to continue to confer about a potential settlement of this issue in order to potentially eliminate the need for any judicial determinations with respect to Plaintiff's fee demand or substantive challenges to Defendant's withholdings.

3.  To facilitate their ongoing settlement discussions, the Parties respectfully request that they be permitted to file another status report on or before September 20, 2021, further

informing the Court of the status of their negotiations, if a stipulation of settlement and dismissal has not been filed by that time.

A proposed order is attached.

Dated: August 5, 2021                    Respectfully Submitted,

/s/ *Christopher C. Horner*
CHRISTOPHER C. HORNER
D.C. Bar No. 440107
1725 I Street NW
Suite 300
Washington, DC 20006
(202) 262-4458
chris@chornerlaw.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:    /s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA BAR # 396656
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>                    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>                    Defendant. | Civil Action No. 18-1677 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' joint status report, it is hereby ORDERED that the Parties shall jointly submit a further status report informing the Court of their progress in discussing a potential settlement of the remaining disputed issue in this matter no later than September 20, 2021.

_____

Date                                                                         Carl J. Nichols
                                                                                United States District Judge