UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>               Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>               Defendant. | Civil Action No. 18-1677 (CJN) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: August 20, 2021

Respectfully Submitted,

/s/ *Christopher C. Horner*
CHRISTOPHER C. HORNER
D.C. Bar No. 440107
1725 I Street NW
Suite 300
Washington, DC 20006
(202) 262-4458
chris@chornerlaw.com

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/  *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA BAR # 396656
Assistant United States Attorney
U.S. Attorney's Office

- 2 -

555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov

*Counsel for Defendant*